Argued June 4, affirmed June 10, 1970

KREY, *Appellant, v.* SARAH LAND CO.,
*Respondent.*
470 P2d 154

*Wayne G. Helikson,* Eugene, argued the cause and filed briefs for appellant.

*Sidney E. Thwing,* Eugene, argued the cause for respondent. With him on the brief were Thwing, Atherly & Butler, Eugene.

PER CURIAM.

■■ Plaintiff appeals from an adverse judgment in her action of ejectment claiming the court erred in fail-

ing to submit the issue of punitive damages to the jury and for failing to order a new trial. The issue of punitive damage is moot because the jury refused to allow compensatory damages. See *Martin v. Cambas*, 1930, 134 Or 257, 261, 293 P 601, and Hodel, Exemplary Damages in Oregon, 1965, 44 Or L Rev 175, at 229. The failure to grant a motion for a new trial is not appealable. *Shearer v. Lantz*, 1957, 210 Or 632, 312 P2d 581.

Judgment affirmed.